BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BREANE P. STRYKER
Nevada Bar No. 13594
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI RYAN, individually,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES I – V; and ROE CORPORATIONS I - V, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-00319-MMD-NJK<br><br>**DEFENDANT WAL-MART STORES, INC.'S NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S INTERROGATORY NOS. 22, 23 AND 24 AND PLAINTIFF'S REQUEST FOR PRODUCTION NO. 11** |

Defendant, WAL-MART STORES, INC., by and through its attorneys of record, BRENDA ENTZMINGER and BREANE P. STRYKER, of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby withdraws its Motion For Protective Order Regarding Plaintiff's Interrogatory Nos. 22, 23 and 24 and Plaintiff's Request For Production No. 11 (Docket Filing No. 14, filed on May 19, 2015) because Plaintiff has withdrawn the disputed discovery requests.

//

//

//

//

//

Defendant therefore respectfully withdraws its Motion as Court intervention is no longer necessary on this issue.

DATED this 2nd day of June, 2015.

                               **PHILLIPS, SPALLAS & ANGSTADT LLC**

                               */s/ Breane P. Stryker*
                               _____
                               BREANE P. STRYKER
                               Nevada Bar No. 13594
                               504 South Ninth Street
                               Las Vegas, Nevada 89101
                               (702) 938-1510

                               *Attorneys for Defendant*
                               *Wal-Mart Stores, Inc.*

IT IS SO ORDERED.
Dated:  June 2, 2015

                 _____
                 United States Magistrate Judge