UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI RYAN, <br><br> Plaintiff(s), <br><br> vs. <br><br> WAL-MART STORES, INC., et al., <br><br> Defendant(s). | Case No. 2:15-cv-00319-MMD-NJK <br><br> ORDER <br><br> (Docket No. 16) |

Pending before the Court is Plaintiff's motion to compel. Docket No. 16. A recent stipulation filed by the parties indicates that Plaintiff has requested additional information that she believes is needed to obtain resolution of the motion to compel. *See* Docket No. 23 at 2. Accordingly, Plaintiff's motion to compel is hereby **DENIED** without prejudice. Once Plaintiff has acquired the additional information (and after conducting a proper meet-and-confer in light of any additional information), she may renew the motion to compel if Court intervention remains necessary.

IT IS SO ORDERED.

DATED: June 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge