# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI RYAN, | Case No. 2:15-cv-00319-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| WAL-MART STORES, INC., et al., | (Docket No. 28) |
| Defendant(s). | |

Pending before the Court is a stipulation regarding the parties' agreement regarding a site inspection. *See* Docket No. 28. Parties are generally permitted to stipulate to procedures governing discovery so long as any such stipulation does not interfere with deadlines set by the Court. *See* Fed. R. Civ. P. 29. It does not appear from the stipulation that Court approval is required and, therefore, the pending stipulation is hereby **DENIED** as unnecessary.

IT IS SO ORDERED.

DATED: June 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge