UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI RYAN,<br>                Plaintiff(s),<br>vs.<br>WAL-MART STORES, INC., et al.,<br>                Defendant(s). | Case No. 2:15-cv-00319-MMD-NJK<br>ORDER<br>(Docket No. 30) |

On June 8, 2015, the parties filed a stipulation regarding the parties' agreement on Plaintiff's site inspection. Docket No. 28. The Court denied that stipulation on the grounds that Court approval was unnecessary. *See* Docket No. 29 (referring to Fed. R. Civ. P. 29). Now pending before the Court is another stipulation regarding the parties' agreement on Plaintiff's site inspection. Docket No. 30. As previously stated, Court approval is not required for such a stipulation. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered in this case. Because the above stipulation was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket as required by Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: June 25, 2015

                                                            _____<br>
                                                            NANCY J. KOPPE<br>
                                                            United States Magistrate Judge