UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI RYAN,<br>　　　　　　Plaintiff(s),<br>vs.<br>WAL-MART STORES, INC., et al.,<br>　　　　　　Defendant(s). | Case No. 2:15-cv-00319-MMD-NJK<br>ORDER<br>(Docket Nos. 31, 32) |

　　　　On June 25 2015, Plaintiff's counsel manually lodged with the Court various materials. *See* Docket Nos. 31, 32. Plaintiff has failed to explain the purpose for doing so. *See id.* There are no pending motions before the Court, and the Court is unable to ascertain why these materials have been lodged with the Court. The Court is not a repository for the parties' evidence. Accordingly, Plaintiff's counsel shall immediately retrieve the lodged materials from the Clerk's Office, and shall file a notice that he has done so by July 10, 2015. In the event that Plaintiff fails to comply with this Order, the undersigned will instruct that the lodged materials be destroyed by the Clerk's Office.

　　　　IT IS SO ORDERED.

　　　　DATED: June 26, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge